UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GEORGE JOHNSON,

        Plaintiff,

    v.

KESTREL ENGINEERING, INC.,
et al.,

        Defendants.

Case No. 2:15-cv-2575
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice [ECF No. 35]. The Court granted the parties' Joint Motion to Approve Settlement [ECF No. 33] on September 22, 2016. (Order at 1 [ECF No. 34].) And the parties represent that they have since satisfied their obligations under the settlement agreement, including the payment of awarded fees and costs. The Joint Motion to Dismiss [ECF No. 35] is, accordingly, **GRANTED**, and the claims brought by Plaintiffs George Johnson, Glenn Brochard, Randall Deem, and Robert Hughes against Defendant Kestrel Engineering, Inc. are **DISMISSED** with prejudice.

All attorney's fees and costs shall be borne by the parties incurring those fees and costs.

**IT IS SO ORDERED.**

\_\_12-6-2016_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE